UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY THOMPSON, | 1:04-cv-6344 OWW DLB |
| Plaintiff, | ORDER TRANSFERRING CASE |
| v. | |
| WYETH LLC, [An indirect wholly-owned subsidiary of Pfizer Inc.] PHARMACIA & UPJOHN COMPANY LLC [An indirect wholly owned subsidiary of Pfizer Inc.], | |
| Defendants. | |

    This and the prior Order of Presiding Judge Anthony W. Ishii entered on stipulation by the parties that all Hormone Therapy cases be assigned to one District Judge and one Magistrate Judge, the cases listed below and all related Hormone Therapy cases remanded to or re-filed with this Court by Order of Judge William R. Wilson, presiding over MDL #1507 in the Eastern District of Arkansas, are assigned to District Judge Oliver W. Wanger and Magistrate Judge Dennis L. Beck.  Existing cases which have been set for trial are set forth in the Notice of Assignment of Related Cases filed December 23, 2010.

    The following cases are re-filed pursuant to Judge Wilson's

1

Order and are related cases to be transferred to Judge Wanger and Magistrate Judge Beck:

    Gloriette McPherson v. Wyeth, Case No. 1:10-cv-2384 OWW DLB
    Darlene Cross v. Wyeth, Case No. 1:10-cv-2383 OWW DLB
    Betty Craven v. Wyeth, Case No. 1:10-cv-2382 OWW DLB
    And the following case, which was to be filed on or before December 31, 2010:
    Wendy Thompson v. Wyeth, Case No. 1:04-cv-6344 OWW DLB
    The following case, just filed, is also reassigned:
    Hames v. Wyeth, Case No. 1:10-cv-2392 OWW DLB (formerly Case No. 1:10-cv-2392 LJO GSA).

IT IS SO ORDERED.
DATED: January 4, 2011.

                                          /s/ Oliver W. Wanger
                                          Oliver W. Wanger
                                      United States District Judge

    I approve the transfers.
DATED: January 4, 2011.

                                          /s/ Anthony W. Ishii
                                          Anthony W. Ishii
                                                  Chief
                                      United States District Judge